## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF ARKANSAS
## HOT SPRINGS DIVISION

JOY MADUBUIKE, AS ADMINISTRATOR OF
THE ESTATE OF AUSTIN MADUBUIKE, AND
ON BEHALF OF ALL WRONGFUL DEATH
BENEFICIARIES OF AUSTIN MADUBUIKE                                    PLAINTIFF

VS.                          CASE NO. 6:23-cv-06131

NEWMAN UNIVERSITY, INC., and
CLIFF BROWN                                                          DEFENDANTS

### NOTICE REGARDING MEDIATION AND SETTLEMENT CONFERENCE

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE SUSAN O. HICKEY:**

COME NOW, Plaintiff Joy Madubuike, as Administrator of the Estate of Austin Madubuike, and on Behalf of All Wrongful Death Beneficiaries of Austin Madubuike and Defendants Newman University, Inc., and Cliff Brown and file this Notice Regarding Mediation and Settlement Conference:

1. On October 11, 2024, Plaintiff filed a Motion to Compel Mediation, requesting the case be assigned for settlement conference with a magistrate judge. (Doc. #15).

2. On October 31, 2024, the Court granted the Motion and assigned the Honorable United States Magistrate Judge Barry Bryant to conduct a settlement conference. (Doc. #17).

3. On December 16, 2024, the parties attended the settlement conference with Judge Bryant, but were unable to resolve this dispute.

4. The parties have now scheduled a private mediation with Rodney Moore on February 24, 2025.

5. Should the parties believe Judge Bryant's assistance is needed following that mediation, the parties have agreed to reach out to his courtroom deputy as instructed by Judge Bryant.

1

Respectfully submitted,

By:＿＿/s Chris Lindstrom＿＿＿＿＿＿＿＿＿
T. Micah Dortch
Arkansas Bar No. 2020270
DORTCH LINDSTROM LIVINGSTON LAW GROUP
2613 Dallas Parkway, Ste. 220
Plano, Texas 75093
Telephone: 214-252-8258
Facsimile: 888-653-3299
Email: micah@dll-law.com

Christopher D. Lindstrom (admitted pro hac vice)
DORTCH LINDSTROM LIVINGSTON LAW GROUP
4306 Yoakum Blvd., Ste. 270
Houston, Texas 77006
Telephone: 713-968-0060
Facsimile: 888-653-3299
Email: chris@dll-law.com
**ATTORNEYS FOR PLAINTIFF**


By:＿＿＿＿＿/s/ Alan Rupe (by permission)＿＿＿＿＿
Alan L. Rupe, AR #2008115
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone: (316) 609-7900
Facsimile: (316) 462-5746
alan.rupe@lewisbrisbois.com

Andrew Gnefkow, MO #72207
Ethan J. Ward, 30319KS
LEWIS BRISBOIS BISGAARD & SMITH LLP
4600 Madison Avenue, Suite 700
Kansas City, MO 64112
Telephone: (816) 299-4244
Facsimile: (816) 299-4245
andrew.gnefkow@lewisbrisbois.com
ethan.ward@lewisbrisbois.com
**ATTORNEYS FOR DEFENDANTS**

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served on all parties of record in accordance with the Federal Rules of Civil Procedure on this 31st day of January, 2025.

                                            */s Chris Lindstrom*
                                            Christopher D. Lindstrom