IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| JOY MADUBUIKE, as administrator of the estate of Austin Madubuike and on behalf of all wrongful death beneficiaries of Austin Madubuike,<br><br>     Plaintiff,<br><br>v.<br><br>NEWMAN UNIVERSITY, INC., CLIFF BROWN and OUACHITA BAPTIST UNIVERSITY,<br><br>     Defendants. | CASE NO. 6:23-cv-06131-SOH |

**DEFENDANTS' MOTION TO EXCLUDE**
**TESTIMONY OF RALPH SCOTT, JR., PH.D.**

Pursuant to Federal Rule of Evidence 702 and 403, Defendants Newman University, Inc. and Cliff Brown (hereinafter "Defendants") file this Motion to Exclude Testimony of Ralph Scott, Jr., Ph.D., and in support of this motion Defendants' state the following:

1.     Plaintiff Joy Madubuike, as administrator of the estate of Austin Madubuike and on behalf of all wrongful death beneficiaries of Austin Madubuike ("Plaintiff") has designated Ralph Scott, Jr., Ph.D. (Dr. Scott), as an expert witness she plans to call at trial to provide his opinions that a jury could consider if they were to award damages in this matter.

2.     Defendants respectfully request that the Court exclude all of Dr. Scott's Opinions and testimony for several reasons.

3.     First, Dr. Scott's Report is unreliable because it does not address the pertinent issue of the value Austin Madubuike would have placed on his own life.

153041590.1

4. Second, Dr. Scott's testimony is unreliable because it does not satisfy any of the *Daubert* factors used to determine reliability of expert opinions.

5. Third, Dr. Scott's opinions and testimony are not admissible to establish loss of life damages because that inquiry falls within the purview of the Jury.

6. Fourth, the entirety of Dr. Scott's Report should be excluded pursuant to the requirements of Federal Rule of Evidence 26(a)(2).

7. Defendants are filing a Brief in Support of Defendants' Motion to Exclude Testimony of Ralph Scott, Jr., Ph.D. contemporaneously with the filing of this Motion, and they incorporate by reference all arguments set forth in their Brief as if fully set forth herein.

8. Accordingly, Defendants respectfully request that the Court exclude Dr. Scott's opinions and testimony in their entirety.

9. Defendants Motion to Exclude Testimony of Ralph Scott, Jr., Ph.D., is supported by the following exhibits which are incorporated by reference herein:

    a. Report of Ralph Scott, Jr., Ph.D.

/s/ Alan L. Rupe
Alan L. Rupe, AR #2008115
LEWIS BRISBOIS BISGAARD & SMITH LLP
4600 Madison Avenue, Suite 700
Kansas City, MO 64112
Telephone: (816) 299-4244
Facsimile:  (816) 299-4245
alan.rupe@lewisbrisbois.com

*Attorney for Defendant Newman University, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on February 21, 2025, the above Entry of Appearance was filed using the court's CM/ECF system which sent notice to all counsel of record.

/s/ Alan L. Rupe
Alan L. Rupe

153041590.1