IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOY MADUBUIKE, as Administrator of
the Estate of AUSTIN MADUBUIKE, and
on Behalf of All Wrongful Death Beneficiaries
of AUSTIN MADUBUIKE                                                                                    PLAINTIFF

v.                                                    Civil No. 6:23-cv-6131

NEWMAN UNIVERSITY, INC. and
CLIFF BROWN                                                                                            DEFENDANTS

## ORDER

The trial in this matter is currently set for the week of April 28, 2025. The parties have notified the Court that they have reached a settlement resolving all claims asserted in this action. On April 22, 2025, the parties filed under seal a Joint Motion for Court Approval of Confidential General Release Agreement. ECF No. 32. Because the Court needs time to review the settlement agreement, a continuance of this case is necessary. Accordingly, the jury trial set for the week of April 28, 2025, is cancelled. The trial is continued, and, if necessary, the Court will schedule a new trial date by separate order.

**IT IS SO ORDERED**, this 24th day of April, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge